UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

thomas caputo

                             Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 mg -CR- 1274 ) ( )

Defendant __Thomas Caputo__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

___   Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**THOMAS CAPUTO**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**ROBERT A SOLOWAY**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12-3-2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge